No. 79–5932. DOE ET AL. *v.* DELAWARE, 450 U. S. 382 and 451 U. S. 964. Motion for leave to file second petition for rehearing denied.

An order of THE CHIEF JUSTICE designating and assigning Justice Stewart (retired) to perform judicial duties in the United States Court of Appeals for the Ninth Circuit for the period September 13, 1982, to September 17, 1982, and for such further time as may be required to complete unfinished business, pursuant to 28 U. S. C. § 294(a), is ordered entered on the minutes of this Court, pursuant to 28 U. S. C. § 295.

JULY 2, 1982

No. 81–922. PAN AMERICAN SAVINGS & LOAN ASSN. ET AL. *v.* PANKO ET AL. Appeal from Ct. App. Cal., 1st App. Dist. Judgment vacated and case remanded for further consideration in light of *Fidelity Federal Savings & Loan Assn.* v. *De la Cuesta, ante,* p. 141.

No. 81–992. GLENDALE FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* HEHIR ET UX.; and
No. 81–993. CALIFORNIA FEDERAL SAVINGS & LOAN ASSN. *v.* TAN ET AL.; and CALIFORNIA FEDERAL SAVINGS & LOAN ASSN. *v.* ROMAGNOLI ET AL. Appeals from Ct. App. Cal., 4th App. Dist. Judgments vacated and cases remanded for further consideration in light of *Fidelity Federal Savings & Loan Assn.* v. *De la Cuesta, ante,* p. 141.

No. 81–1139. GLENDALE FEDERAL SAVINGS & LOAN ASSN. ET AL. *v.* GROSS ET AL. Appeal from Ct. App. Cal., 4th App. Dist. Judgment vacated and case remanded for further consideration in light of *Fidelity Federal Savings & Loan Assn.* v. *De la Cuesta, ante,* p. 141.